# United States District Court
# District of Connecticut

| | |
|---|---|
| The United States for the Use and Benefit of Ziegenfuss Drilling, Inc.<br>*Plaintiff*<br>      v.<br><br>United States Fidelity and Guaranty Company and Mohawk Northeast, Inc.<br>*Defendant* | Case No.  3:03cv26MRK |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __24th__ day of __November__, __2003__ at New Haven, Connecticut.


                        /s/            Mark R. Kravitz
                        UNITED STATES DISTRICT COURT JUDGE