UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| The United States for the Use and Benefit of Ziegenfuss Drilling, Inc., | : : : | |
| Plaintiff, | : | NO.   3:03cv026 (MRK) |
| v. | : : | : |
| United States Fidelity and Guaranty Company and Mohawk Northeast, Inc., | : : : | |
| Defendant. | : | |

## ORDER ON PENDING MOTIONS

The Court having conferred with the parties on November 24, 2003 regarding the above-captioned case, the following is ordered:

1. Defendants' Motion to Compel [doc. #16] is GRANTED. Plaintiff will supplement its response to Interrogatory No. 10 within 30 days.

2. Defendants' Motion for Leave to File a Second Amended Answer, Affirmative Defenses and Counterclaim [doc. #25] is GRANTED. The Clerk is directed to docket Defendants' Second Amended Answer, Affirmative Defenses and Counterclaim. Plaintiff is given an additional 30 days to conduct discovery on the *quantum meruit* counterclaim.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 24, 2003

1