10/10/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday November 24, 2003

9:30 a.m.

CASE NO.   3-03-cv-26 Ziegenfuss Drilling v US Fidelity
-------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Michael E. Greenblatt | Welby, Brady & Greenblatt, 200 Sound Beach Ave. PO Box 622, Old Greenwich, CT 203-637-1044 |
| Mark Alan Rosenblum | Rogin, Nassau, Caplan, Lassman & Hirtle, 185 Asylum St., Hartford, CT 860-278-7480 |
| Paul G. Ryan | Welby & Brady, 50 Main St., White Plains, NY 914-428-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 11/24/03

25 min.