CTrcvmhrg (October 17, 2001)

HONORABLE _W I Gartinkel_

TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK _Barrille_   RPTR/ERO/TAPE Marriott

_S Baldwin_

DATE _3-12-04_     START TIME _3:15_   END TIME _3:25_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Ziegenfuos Drilling     CIVIL NO. _3:03CV 26 (MRK)_

§                    _P Ryan_
§                    Plaintiffs Counsel
vs.              §       ☐ SEE ATTACHED CALENDAR FOR COUNSEL
US Fidelity        §       _Rosenbloom_
§                    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing         ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing  ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☑ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ........ | ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____ | | | |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ Hearing continued until _____ at _____ | | | |