UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

March 12, 2004

10:00 a.m.

*Held 4 1/2 hours -*

CASE NO. **3:03cv26 (MRK)**    Ziegenfuss Drilling vs. US Fidelity and Guaranty Co., et al

Michael E. Greenblatt
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870


Mark Alan Rosenblum
Rogin, Nassau, Caplan, Lassman & Hirtle
Cityplace I, 22Nd Floor
185 Asylum St.
Hartford, CT 06103-3460


Paul G. Ryan
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK