```
                    UNITED STATES DISTRICT COURT

                       DISTRICT  OF  CONNECTICUT
```

Ziegenfuss Drilling

V.                           Case Number:  3:03cv26 MRK

US Fidelity, et al

```
                        NOTICE  TO  COUNSEL
                        --------------------
```

The above-entitled case was reported to the Court on March 25, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 24, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, March 25, 2004.

```
                        KEVIN F. ROWE, CLERK

                        By: /s/ Kenneth R. Ghilardi
                            Kenneth R. Ghilardi
                            Deputy Clerk
```