UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| The United States for the Use and Benefit of Ziegenfuss Drilling, Inc., | : : : | |
| Plaintiff, | : | NO.   3:03cv026 (MRK) |
| v. | : : | |
| United States Fidelity and Guaranty Company and Mohawk Northeast, Inc., | : : : | |
| Defendant. | : | |

## ORDER

     The above-captioned case is dismissed in accordance with the settlement agreement between the parties. The Court will retain jurisdiction for purposes of enforcing the parties' settlement agreement. In the event any party seeks an order regarding enforcement of the settlement agreement, they should file a motion to reopen the case to enforce settlement agreement.

     The Clerk is directed to close this file.

IT IS SO ORDERED.

/s/     Mark R. Kravitz<br>U.S.D.J.

Dated at New Haven, Connecticut: <u>April 6, 2004</u>.