UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE UNITED STATES FOR THE USE AND
BENEFIT OF ZIEGENFUSS DRILLING, INC.,

   v.                                3:03cv26 (MRK)

UNITEDSTATES FIDELITY AND GUARANTY
COMPANY AND MOHAWK NORTHEAST, INC.,

## J U D G M E N T

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, for a settlement hearing on March 12, 2004. On April 6, 2004, an Order entered dismissing the case in accordance with the settlement agreement.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that the case is dismissed in accordance with the terms and conditions as set forth in the settlement agreement.

Dated at New Haven, Connecticut this 14th day of April, 2004.

KEVIN F. ROWE, CLERK

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____